# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Vicky L. Hendley

        Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                                   3:05cv37

Jo Anne B. Barnhart

        Defendant(s).


DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 12, 2006 Order.


July 13, 2006                                   FRANK G. JOHNS, CLERK

                                                   BY: _____
                                                       Cynthia Huntley, Deputy Clerk